IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DWAYNE ANDRE BLOUNT,**

    Plaintiff,

v.                                        Civil Action No. 3:08cv622

**GREENBRIER PONTIAC OLDSMOBILE –
GMC TRUCKS KIA, INC., et al,**

    Defendants.

**ORDER**

THIS MATTER is before the Court on motion by the Plaintiff to present evidence of damages in support of Entries of Default against Defendants ABC Washington Dulles, LLC, Auction Broadcasting Company, LLC, and National Motors, LLC, as entered by the Clerk on May 7, 2009, May 22, 2009, and October 20, 2009, respectively. Having considered the arguments of counsel, the Court finds that Plaintiff's pleadings show sufficient cause for an award of damages. After hearing testimony and the presentation of evidence by the Plaintiff, the Court awards actual damages in an amount of $62, 659.00 and enhanced statutory damages of $125, 318.00, for a total award of $187,977.00.

Of the amount awarded, Defendants ABC Washington Dulles, LLC, and Auction Broadcasting Company, LLC, are jointly and severally liable for the full amount of $187,977.00 and Defendant National Motors, LLC, is jointly and severally liable for a portion of the total in the amount of $62,659.00.

In addition to the award of actual and statutory damages, Plaintiff is awarded attorneys' fees in an amount of $ _15,000_ .

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

```
                              /s/
                            ─────────────────
                              JUDGE
```

Jan. 11, 2010
DATE